UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02668
   HERBERT ROBINSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5990

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/15/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 6480.00 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 2149.31 | .00 | .00 |
| ROBERT ADAMS | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | NOT FILED | .00 | .00 |
| SANTA BARBARA BANK & TRU | UNSECURED | NOT FILED | .00 | .00 |
| BENNIE W FERNANDEZ | REIMBURSEMENT | 73.00 | .00 | 73.00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 3,000.00 | | 1,739.66 |
| TOM VAUGHN | TRUSTEE | | | 134.34 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                1,947.00

PRIORITY                                    73.00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                            1,739.66
TRUSTEE COMPENSATION                       134.34
DEBTOR REFUND                                 .00
                    ---------------    ---------------
TOTALS                1,947.00            1,947.00


            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02668 HERBERT ROBINSON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
        Dated: 02/26/08               _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 02668 HERBERT ROBINSON